THE MARINER HARBOR NATIONAL BANK, Appellant, *v.*
GRAHAM BEACH ESTATES, INC., Respondent, Impleaded
with Others.

*Bills, notes and checks — negotiable instruments — action to recover on
promissory note — indorsement making same non-negotiable and
subject to defenses set up in answer.*

*Mariner Harbor Nat. Bank* v. *Graham Beach Estates, Inc.*, 219
App. Div. 721, affirmed.

(Argued May 17, 1927; decided May 31, 1927.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 4, 1927, reversing a judgment in favor of plaintiff
entered upon a verdict directed by the court and granting
a new trial.  The action was to recover upon a promissory
note.  The note had on its back the following indorsement:

" This note is given and payable on completion of gas
plates and piping and ability to make and furnish gas
properly by June 1st, 1924.

> " GASGO POWER CORPORATION,
> > " A. E. DICKERMAN,
> > > *"Pres. and Gen'l. Mgr.*
> " ALLEN E. DICKERMAN,
> > " *Agent for Midland Gasgo Corp.*"

The defense was that the note was given pursuant to
an agreement by payee to establish a gas plant and
install piping and that the work was never completed.

*James Burke* for appellant.

*Isaac N. Jacobson* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts;
no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.